# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JIMMIE HOLT | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.: 5-20-cv-1476 |
| | § | |
| WAL-MART STORES, INC. | § | JURY DEMANDED |

## INDEX OF DOCUMENTS FILED
## WITH REMOVAL ACTION

A.   Plaintiff's Original Petition.
B.   Acknowledgement of Propria Persona Party.
C.   Request for Service and Process.
D.   Executed Citation.
E.   Defendant Wal-Mart Store Inc.'s Original Answer to Plaintiff's Original Petition.
F.   Defendant Wal-Mart Store Inc.'s Demand for Jury Trial.
G.   District Clerk's Case History.
H.   List of Counsel of Record.

CIHCML

2020-CI-22406
057TH JUDICIAL DISTRICT COURT
JIMMIE HOLT  VS WALMART STORE INC
DATE FILED: 11/17/2020

2020CI22406 -P00001

FILED
DISTRICT CLERK
BEXAR CO. TEXAS
2020 NOV 17 P 3: 34
BY: _____ DEPUTY

Jimmie Holt
5906 Encanto Point Dr
San Antonio Tex 78244-2501

Walmart Store Inc
702 South West 8th St
Bentonville Ar 72716

To the Honorable Judge Residing the cause of -
Jimmie Holt the Plaintiff V. "Walmart Store Inc."
I the Plaintiff Jimmie Holt States that on the 20-day
of November 2018 At or About 3:30 PM He went to Walmart store
on FM 78 Converse Tx. to do some Thanksgiving Shopping
As Entering the Store i Pick up A pie that was 3.99
As i went farther into the Store there were some-
family size Pie's that was not Priced so i Ask A
Store employee that was passing by name tag of Roger
he said that he did Know but i will get it for you
So i waited untill he got back he came back with
the price And i thank him he then begin talking
on and on About his uncle's so far and so on i went About
my Shopping And went to Check out here he come's
back to me And said i am the Mgr over All of this
he said to me And Looked at the Black Spur's ball cap
that i was wearing And he drew back And hit me on
my Right Shoulder not just once but twice that i
had Surgery on he did not Know me he was instructed to
do this It was A Racist Targed Set up to Shoot me in the back.

DOCUMENT SCANNED/AS FILED

This was just about two days before Thanksgiving with a store full of people shopping just as I was I just came into this WALMART store as always to shop not to get Ambushed Attacked and set up to be shot And Killed at the Age of 65 Years Old Senior Citizen just trying to get by this was a hate Crime that was Racially Motivated by WALMART MANAGER Roger Nunez who was instructed to Attack me so that if i would have defended my self the Store Security Officer that was behind the Scene just waiting to shoot And Kill a Tax paying decent human bean inside a store full of People that is just Awful.
I was a Retail Sales Person for over 30 YRS And Never once did i go and hit a Customer or let someone instruct me to do so as a GROWN Person very bad decision on WALMART store and the manager that Represent WALMART.
There have Not been any Response back from my e CERtified Letter of demand that was Received on July-6-2020 by your Customer Relation Dept

DOCUMENT SCANNED AS FILED

Jimmie Holt   H.m *210 662-4049
5906 Encanto Point Dr   C *210 380-3365
San Antonio Tex 78244

WALMART Incorporation
702 South West 8th St
Bentonville Ar 72716

For the Dameges i Recevied from
Store * 05144
8315 FM 78   Converse Tx 78109

Now for my damages Now And future Pain And suffering
Cause by your Store manager's Violent And Racist
on me.

(1.) Race Discrimination Act - 1976
(2.) Age Discrimination   Act - 1975
(3) Pain and ongoing Suffing on the Elder
     that was Know of injury by Party involved.

DOCUMENT SCANNED AS FILED

Again my Recovery in this matter Needs to be the Sum of 2.7 Million Or if we Need to take it through the court it will be for the Sum of 6.0 Million.

Respectfully ;

Jimmie Holt

Exhibit A - p. 005





**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

WALMART Store Inc-
Attn: Customer Relation
702 S.W. 8th St
Bentonville AR 72716

9590 9403 0109 5077 7608 16

2. Article Number (Transfer from service label)
7019 0700 0000 0375 6294

PS Form 3811, April 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ Agent / Addressee

B. Received by (Printed Name)        C. Date of Delivery
JUL 06 2020

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☑ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Jimmie Holt          7-1-20
5906 Encanto Point Dr  Ph*210 380-3365
SanAntonio Tex 78244  H*2106624049

This is A Letter to you As the Area Mgr of
WALMART Stores in the SanAntonio Tex, Bexar county AND
South Texas Stores
  ON November 20, of 2018 At About 2:30-3:30 PM i went
to do some Last minute Thanksgiving Shoping At your
WALMART Store ON FM 78 in Converse Tex,
AS i Entering the Store i Pick up A Pie that was $3.99
AS i went fARther in the Store there was some family
Size Pies that was not Priced so i Ask A Store clerk
for A Price he did not know but i will get it for you
So i waited untill he got bAck he came back with
the price And i thank him he then began TALking oN And
oN About his uncle's so fAr and so on i went about my
Shopping And went to Check out here he come's back
to me And sAid i am the mgr over ALL of this he
sAid to me And Looked At the black Spurs bALL CAP
that i was wearing And hit me on my Right Shoulder
Not just once but twice on the shoulder that i had
Surgery oN, It was A Racist set up to shoot me in
the back in A Store full of people two days before
Thangsgiving

DOCUMENT SCANNED AS FILED

I just came into your Store As Always to Shop Not to get Ambushed Attacked And set up to be Shot And Killed At the Age of 65 Year old Senior Citizen.

This was a hate Crime Racially Motivated by Walmart Manager Roger Nunez And the Security Officer that was behind the Scene just wanting to Kill inside A Store full of People;

This same Store intentionally done damage to my Car i had Stop going there for that Reason And Now this.

Let me Add that NONE of what is on this Police Report is what was taken down by Officer George Shaw Bage # 456 is on this Report that i Received that is not good Look's Like more Racism And hate games,

DOCUMENT SCANNED AS FILED

This is my Letter of demand form WALMART for ALL my damages Now and future PAIN AND Suffering cause by your Store MANAGER's Violent. RACIST Attack on me.

RACE Discrimination Act-1976

Age Discrimination Act-1975

PAIN AND ON going Suffering on the ELder that i am still going through that recurred to other Parts of my Shoulder;

It Needs to be for the SUM of 2.75 MiLLion —

OR if we Need to take it through the court it will be for the Sum of 6. MiLLion Dollars

I Need a Respond back within thirty days of. Receiving this Letter of Demand.

THANK YOU.
Jimmie Holt

**SOURCEXGROUP** p. 010

*improving the business of medicine*

## Northeast Orthopaedics and Sports Medicine

12709 Toepperwein Road
Suite 101
San Antonio, TX 78233
(210) 477-5151

### --- APPROVED ---

| | |
|---|---|
| Date | Apr 10 2019 1:30:58 PM |
| Type | Credit Card - Sale |

| | |
|---|---|
| CareTracker Patient First | JIMMIE |
| CareTracker Patient Last | HOLT |
| CareTracker Patient ID | 90518326 |

| | |
|---|---|
| Authorization Amount | $1.22 |
| Authorization Code | 123004 |
| Card Holder Name | JIMMIE HOLT |
| Card Type | MC |
| Card Number | ************2101 |
| Response Message Code | Approval (00) 000 |
| Mode | Issuer |

I AGREE TO PAY THE ABOVE AMOUNT ACCORDING TC MY CARD HOLDER AGREEMENT.

DOCUMENT SCANNED AS FILED



**stric**

SOUTH TEXAS RADIOLOGY
IMAGING CENTERS

South Texas Radiology Imaging Centers
Northeast Imaging Center
12602 Toepperwein, Suite 101
San Antonio TX, 78233
(210) 617-9700   (210) 564-1561

| | | | |
|---|---|---|---|
| **Patient:** | **HOLT, JIMMIE L** | **MRN:** | 001281031 |
| DOB: | 11/04/1953 | **Dept:** | D00399542 |
| Sex: | M    Age: 65 Years | **ACC:** | 18576124 |
| Requester: | Simon, Patrick M, M.D. | **Exam Site:** | NE |

---

| | |
|---|---|
| **Exam:** | **MR Shoulder, Right** |
| **Date:** | **02/19/2019**    12:01 PM |
| **Reason:** | Rt shoulder pain |

## FINAL REPORT

MRI RIGHT SHOULDER WITHOUT CONTRAST:

INDICATION: Pain.

TECHNIQUE: Standard MR pulse sequences were obtained of the right shoulder without contrast. Motion artifact software was utilized.

FINDINGS: There is tendinopathy of the supraspinatus and infraspinatus without tear and the teres minor tendon is intact. Subscapularis and long head of the biceps are intact. No biceps tear or subluxation.

There is postsurgical change in the superior glenoid which may reflect a prior superior labral repair. There is tearing along the base of the inferior labrum with formation of small paralabral cysts. The largest is located approximately at the 6 o'clock position and stretches over a length of 17 mm. This is seen for example on image #3 of series 6. Tearing extends along the base of the posterior labrum. No recurrent superior labral tear with blunting and fraying of the superior labrum. There is irregular chondral loss along the superomedial humeral head for example as seen on image #6 of series 400. Likewise, there is relatively high-grade chondral loss along portions of the inferior glenoid. Inferior glenohumeral ligament-capsular complex is otherwise intact.

Acromioclavicular joint is normal in alignment although there has probably been previous resection of the far distal clavicle. Likely changes of prior acromioplasty. No subacromial bursal effusion although there is mild bursal inflammation.

IMPRESSION:

1. Rotator cuff is intact with tendinopathy but no definite rotator cuff tear.

2. Status post superior labral debridement and repair with residual tearing along the base of the posterior and inferior labrum. Associated paralabral cysts along the inferior glenoid, with the largest located at the 6 o'clock position, measuring up to 17 mm in length.

3. Mild-to-moderate osteoarthritic change of the glenohumeral joint, with

Simon, Patrick M, M.D.
12709 Toepperwein Rd
Suite 101
Live Oak, TX 78233

FWRP-CMR3/SPRF/ORPGO

DOCUMENT SCANNED AS FILED



**stric**
SOUTH TEXAS RADIOLOGY
IMAGING CENTERS

South Texas Radiology Imaging Centers
Northeast Imaging Center
12602 Toepperwein, Suite 101
San Antonio TX, 78233
(210) 617-9700    (210) 564-1561

| | | | |
|---|---|---|---|
| **Patient:** | **HOLT, JIMMIE L** | **MRN:** | 001281031 |
| **DOB:** | 11/04/1953 | **Dept:** | D00399542 |
| **Sex:** | M | **ACC:** | 18576124 |

**Age: 65 Years**

areas of Grade III chondromalacia superior medial humeral head and inferior glenoid.

END OF IMPRESSION

JES/em

Report has been faxed to requesting physician on 02/19/19 at 12:23 pm.

End of report

---

Interpreted By: JENNIFER E SWART, M.D.  on 2/19/2019          Signed By: JENNIFER E SWART, M.D.  on 02/19/2019@ 3:26 PM

Simon, Patrick M, M.D.
12709 Toepperwein Rd
Suite 101
Live Oak, TX 78233

FWRP-CMR3/SPRF/ORPGO

Page 2 of 2

DOCUMENT SCANNED AS FILED

# Exhibit A - p. 013



**stric**
SOUTH TEXAS RADIOLOGY
IMAGING CENTERS

Northeast Imaging
12602 Toepperwein, Suite 101
San Antonio, Texas 78233
210.617.9700

*Receipt#:* 712645

*Collection Date*

2/19/2019

# *Receipt*

| | |
|---|---|
| *Patient Name* | HOLT, JIMMIE L |
| *DOB:* | 11/4/1953 |
| *ExamDate* | 2/19/2019 |
| *DNumber* | D00399542 |
| *MRN:* | 001281031 |
| *Exams For Date:* | |
| *Estimated Amount* | $100.00 |
| | |
| *Collected Amount* | $100.00 |
| *Collection Status* | Paid Entire Estimated Amt |
| *PaidVia:* | CreditCard |
| *Ck#_CCtype:* | MC |
| *Comments:* | |

*This is an estimated charge based on information we have received from your insurance company. The actual amount owed may be higher or lower after your claim has been processed.*

*Collected by:* emy7107
*Print Date:* 2/19/2019
10:11 AM

*STRIC 338*

DOCUMENT SCANNED AS FILED

# Exhibit A - p. 014

9/23/2019

Inform Browser : 5.826.28.0 - Reports - Incident Report

## Incident Detail Report

Data Source: Data Warehouse
Incident Status: Closed
Incident number: CNVPD-2019-0941533
Case Numbers:
Incident Date: 9/10/2019 11:37:53
Report Generated: 9/23/2019 09:02:14

**Incident Information**

| | | | |
|---|---|---|---|
| Incident Type: | 1 | Alarm Level: | |
| Priority: | Report Only | Problem: | Information |
| Determinant: | | Agency: | BCLE |
| Base Response#: | 09102019-0024222 | Jurisdiction: | Converse PD |
| Confirmation#: | | Division: | Converse PD |
| Taken By: | | Battalion: | Converse PD |
| Response Area: | CNV 3 | Response Plan: | CNV3 (1 Officer) |
| Disposition: | NO ACTION TAKEN | Command Ch: | |
| Cancel Reason: | | Primary TAC: | |
| Incident Status: | Closed | Secondary TAC: | |
| Certification: | | Delay Reason (if any): | |
| Longitude: | 98324706 | Latitude: | 29497862 |

**Incident Location**

| | | | |
|---|---|---|---|
| Location Name: | WALMART SUPERCENTER #5144 | County: | BEXAR |
| Address: | 8315 FM 78 | Location Type: | |
| Apartment: | | Cross Street: | VENTURE WAY/CRESTWAY RD |
| Building: | | Map Reference: | 586B2 |
| City, State, Zip: | CONVERSE TX 78109 | | |

**Supplemental Information - Person**
PERSON 1
OLN:                    08579598

**Call Receipt**

| | | | |
|---|---|---|---|
| Caller Name: | | Call Back Phone: | |
| Method Received: | | Caller Location: | |
| Caller Type: | | Caller Location Phone: | |
| Caller Address: | | Caller Apartment: | |
| Caller Building: | | Caller County: | |
| Caller City, State, Zip: | | | |

**Time Stamps**

| Description | Date | Time | User | Elapsed Times Description | | Time |
|---|---|---|---|---|---|---|
| Phone Pickup | 9/10/2019 | 11:37:53 | | Received to In Queue | | |
| 1st Key Stroke | 9/10/2019 | 11:37:53 | | Call Taking | | 00:00:01 |
| In Waiting Queue | 9/10/2019 | 11:37:53 | | In Queue to 1st Assign | | 00:00:01 |
| Call Taking Complete | 9/10/2019 | 11:37:53 | | Call Received to 1st Assign | | 00:00:00 |
| 1st Unit Assigned | 9/10/2019 | 11:37:54 | | Assigned to 1st Enroute | | 00:00:00 |
| 1st Unit Enroute | 9/10/2019 | 11:37:54 | | Enroute to 1st Arrived | | 00:00:00 |
| 1st Unit Arrived | 9/10/2019 | 11:37:54 | VisiNetMobileInterface | Incident Duration | | 00:13:19 |
| Closed | 9/10/2019 | 11:51:12 | | | | |

**Resources Assigned**

| Unit | Primary Flag | Assigned | Disposition | Enroute | Staged | Arrived | At Patient | Delay Avail | Complete | Odm. Enroute | Odm. Arrived | Cancel Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9956s | Y | 11:37:54 | NO ACTION TAKEN | 11:37:54 | | 11:37:54 | 11:38:30 | | 11:51:12 | | | |

**Personnel Assigned**

| Unit | Name |
|---|---|
| 9956s | Shaw, George (CNV) (BCLE901506) |

**Caution Notes**

wpcadbrowser01.cad.cosa/VisiNetBrowser/Search/IncidentReport.aspx?id=385472628ds=a

1/3

# Exhibit A - p. 015

Inform Browser : 5.826.28.0 - Reports - Incident Report

9/23/2019

No Caution Notes found

**Pre-Scheduled Information**
No Pre-Scheduled Information

**Transports**
No Transports Information

**Transport Legs**
No Transports Information

**Comments**

| Date | Time | User | Type | Conf. | Comments |
|---|---|---|---|---|---|
| 9/10/2019 | 11:37:54 | INT | Response | | 9956s:CREATED CALL FROM MOBILE |
| | | | | | NAME: HOLT, JIMMIE, LEE |
| | | | | | DESCRIPTION: BLACK\MALE\1104195\5-11\250\BLACK\BROWN |
| | | | | | SEX OFF: N COMM IMPED: N ORGAN DONOR: N VISA EXP: |
| | | | | | PHYSICAL ADD: 5906 ENCANTO POINT DR |
| | | | | | CI/CO/ST/ZIP: SAN ANTONIO,BEXAR,TEXAS,78244-0000, UNITED STATES |
| 9/10/2019 | 11:41:43 | Shaw, George (CNV) | Response | | MAILING ADD: 5906 ENCANTO POINT DR |
| | | | | | CI/ST/ZIP: SAN ANTONIO,TEXAS,78244-0000, UNITED STATES |
| | | | | | REC STATUS: ELIGIBLE |
| | | | | | ADMIN STATUS: |
| | | | | | CARD STATUS: |
| | | | | | HME THR ASMT: EXP: |
| | | | | | CARD TYPE: DL #: 08579598 CLASS: C TYPE: DL EXPIR DATE: 11042024 |
| 9/10/2019 | 11:44:54 | Shaw, George (CNV) | Response | | NUNEZ, ROGER (MGR) ON 11-20-2018 HIT RIGHT SHOULDER AT SELF CHECK OUT |
| 9/10/2019 | 11:46:32 | Shaw, George (CNV) | Response | | HOLT STATED THAT NUNEZ KNEW THAT HE HAD SHOULDER SURGURY AND KNEW WHICH SHOULDER |
| | | | | | TO HIT/ HOLT STATED THAT HE REPORTED IT TO HIS DOCTOR |
| 9/10/2019 | 11:47:21 | Shaw, George (CNV) | Response | | 210-380-3365 HOLT PHONE NUMBER |
| 9/10/2019 | 11:47:37 | BCLE41513 | Response | | [Notification] [BCLE]-Problem changed from Officer Initiated Activity to Information by BCLE |
| 9/10/2019 | 11:49:23 | Shaw, George (CNV) | Response | | HOLT POSS 10-96 FELLS LIKE HES BEING TARGETED FOR NO REASON |

**Address Changes**

| Date | Time | Location/Address | | | | | User |
|---|---|---|---|---|---|---|---|
| 9/10/2019 | 11:38:25 | / 8315 FM 78 | | | | | MAB |

**Priority Changes**

| Date | Time | Changed from Priority | | | Reason | | User |
|---|---|---|---|---|---|---|---|
| 9/10/2019 | 11:47:37 | 00 | | | Additional Information | | HA |

**Alarm Level Changes**
No Alarm Level Changes

**Activity Log**

| Date | Time | Radio | Activity | Location | Log Entry | User |
|---|---|---|---|---|---|---|
| 9/10/2019 | 11:37:53 | | Incident in Waiting Queue | 8315 FM 78 | Response Number (09102019-0024222) | VisiNET |
| 9/10/2019 | 11:37:54 | 9956s | DISP | 8315 FM 78 | Responding From = S SEGUIN ROAVENUE D | VisiNET |
| 9/10/2019 | 11:37:54 | 9956s | RESP | 8315 FM 78 | | VisiNET |
| 9/10/2019 | 11:37:54 | 9956s | ONSCENE | | 9956s: OnSite Incident Created. | INT |
| 9/10/2019 | 11:37:54 | | Interface:mcl/mdt/mst | | Supplemental Person record 4987803 - was added for | DMOBINTPD07N |
| 9/10/2019 | 11:38:18 | | Supplemental Information | 8315 FM 78 | | BCLE32182 |
| 9/10/2019 | 11:38:30 | 9956s | SECURE | 8315 FM 78 | Comment for Incident 262 was Marked as Read. | BCLE41513 |
| 9/10/2019 | 11:47:33 | | Read Comment | | Incident priority changed from 00 to Report Only due to Additional | BCLE41513 |
| 9/10/2019 | 11:47:38 | | Incident Priority Change | | Information | BCLE41513 |
| 9/10/2019 | 11:47:41 | | UserAction | | User clicked Exit/Save | VisiNET |
| 9/10/2019 | 11:51:12 | | Response Closed | WALMART SUPERCENTER #5144 | Response Disposition: NO ACTION TAKEN | VisiNET |
| 9/10/2019 | 11:51:12 | 9956s | AVAIL | 8315 FM 78 | | |

**Edit Log**

| Date | Time | Field | Changed From | Changed To | Reason | Table | Workstation | User |
|---|---|---|---|---|---|---|---|---|
| 9/10/2019 | 11:38:25 | State | | TX | Powerline Command | Response_Master_Incident | ROC-008 | BCLE32182 |
| 9/10/2019 | 11:38:25 | Postal_Code | | 78109 | Powerline Command | Response_Master_Incident | ROC-008 | BCLE32182 |
| 9/10/2019 | 11:38:25 | Latitude | 0 | 29497662 | Powerline Command | Response_Master_Incident | ROC-008 | BCLE32182 |

wpcadbrowser01.cad.cosa/VisiNetBrowser/Search/IncidentReport.aspx?id=38547262&ds=a

2/3

9/23/2019

Inform Browser : 5,826.28.0 - Reports – Incident Report

| 9/10/2019 | 11:38:25 | Longitude | 0 | 98324706 | Powerline Command | Response_Master_Incident | ROC-008 | BCLE32182 |
| 9/10/2019 | 11:38:25 | Location_Name | | WALMART SUPERCENTER | Powerline Command | Response_Master_Incident | ROC-008 | BCLE32182 |
| | | | | #5144 | | | | |
| 9/10/2019 | 11:38:25 | County | | BEXAR | Powerline Command | Response_Master_Incident | ROC-008 | BCLE32182 |
| 9/10/2019 | 11:38:25 | Battalion | | Converse PD | Powerline Command | Response_Master_Incident | ROC-008 | BCLE32182 |
| 9/10/2019 | 11:38:25 | Response_Area | | CNV 3 | Powerline Command | Response_Master_Incident | ROC-008 | BCLE32182 |
| 9/10/2019 | 11:38:25 | PremiseID | 0 | 6288 | Powerline Command | Response_Master_Incident | ROC-008 | BCLE32182 |
| 9/10/2019 | 11:38:25 | Response_Plan | | CNV3 (1 Officer) | Powerline Command | Response_Master_Incident | ROC-008 | BCLE32182 |
| 9/10/2019 | 11:38:25 | DispatchLevel | | Default | Powerline Command | Response_Master_Incident | ROC-008 | BCLE32182 |
| 9/10/2019 | 11:38:25 | Street_Id | 0 | 25586 | Powerline Command | Response_Master_Incident | ROC-008 | BCLE32182 |
| 9/10/2019 | 11:38:25 | RespReconfigState | 0 | 1 | Powerline Command | Response_Master_Incident | ROC-008 | BCLE32182 |
| 9/10/2019 | 11:38:25 | ResponsePlanType | 0 | 1 | Powerline Command | Response_Master_Incident | ROC-008 | BCLE32182 |
| 9/10/2019 | 11:38:25 | DispatchLevel | | Default | Powerline Command | Response_Master_Incident | ROC-008 | BCLE32182 |
| 9/10/2019 | 11:38:25 | Cross_Street | | VENTURE WAY/CRESTWAY RD | Powerline Command | Response_Master_Incident | ROC-008 | BCLE32182 |
| 9/10/2019 | 11:38:25 | Address | 8315 FM 78 | 8315 FM 78 | Powerline Command | Response_Master_Incident | ROC-008 | BCLE32182 |
| 9/10/2019 | 11:38:26 | Pickup_Map_Info | | 586B2 | | Response_Transports | CITRIX-CAD-P07 | BCLE32182 |
| | | | | 586B2 | | Response_Master_Incident | CITRIX-CAD-P07 | |
| 9/10/2019 | 11:38:26 | Map_Info | | | | | | |
| 9/10/2019 | 11:47:33 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident | ROC-009 | BCLE41613 |
| 9/10/2019 | 11:47:37 | Response_Time_Criteria | 00:00:00 | 00:30:00 | (Response Viewer) | Response_Master_Incident | ROC-009 | BCLE41613 |
| 9/10/2019 | 11:47:38 | Problem | Officer Initiated Activity | Information | (Response Viewer) | Response_Master_Incident | ROC-009 | BCLE41613 |
| 9/10/2019 | 11:47:38 | Priority_Description | 00 | Report Only | Additional Information | Response_Master_Incident | ROC-009 | BCLE41613 |
| 9/10/2019 | 11:47:38 | Priority_Number | 0 | 6 | Additional Information | Response_Master_Incident | ROC-009 | BCLE41613 |

**Custom Time Stamps**
No Custom Time Stamps

**Custom Data Fields**
Description
PSAP
SAPD CHANNEL

| Data | User |
| BEXAR CO SO: 210-335-4630 | BCLE32182 |
| NOT SAPD | BCLE32182 |

**Attachments**
No Attachment

DOCUMENT SCANNED AS FILED



2020-CI-22406

**Exhibit B**

057TH JUDICIAL DISTRICT COURT

JIMMIE HOLT   VS WALMART STORE INC

DATE FILED: 11/17/2020

Pro Se Acknowledgement

Cause Number:_____

I have received, read and understand all of the Pro Se Hearing Guidelines. I agree to abide by these guidelines and understand that my failure to do so may result in adverse action against me, that I may be asked to leave the Courtroom, or that I may not receive the relief I am seeking.

If the opposing party will sign a **Waiver of Citation**, it is only valid if the notarized signature is dated <u>at least one (1) day after</u> the date the **Original Petition for Divorce** is filed.

If I am filing for a divorce or for a change in custody, and my spouse and I care for minor-age children, I will take the required class, **"Helping Children Cope with Divorce"**, <u>before</u> asking the court to enter a final Order or Decree. I understand that my divorce will not be granted without presenting the certificate of completion.

I understand that I may hire an attorney to represent me or, if I meet certain requirements, I may be entitled to free counsel. By choosing to voluntarily represent myself, I am now proceeding Pro Se. I will receive no special favors, assistance, or advice from the Judge, judicial staff, or clerks as they cannot and do not represent either party in the litigation. I will be expected to comply with all relevant rules of procedural, evidentiary, and substantive law. I understand that the filing and service fees are not refundable under any circumstance.

_Jimmie Holt_
Signature of Pro Se Litigant

_11-17-20_
Date

FILED
DISTRICT CLERK
BEXAR CO. TEXAS
2020 NOV 17 P 3:34
BY:_____
DEPUTY

# Exhibit C

2020-CI-22406

057TH JUDICIAL DISTRICT COURT

JIMMIE HOLT VS WALMART STORE INC

DATE FILED: 11/17/2020

## MARY ANGIE GARCIA

### Bexar County District Clerk

<u>**Request for Process**</u>

2020CI22406 -P00003

FILED
DISTRICT CLERK
BEXAR CO. TEXAS
2020 NOV 17 P 3: 34
DEPUTY

Style: _____ Vs. _____

Request the following process: (Please check all that Apply)

☐ Citation ☐ Notice ☐ Temporary Restraining Order ☐ Notice of Application for Protective Order
☐ Temporary Protective Order ☐ Precept with hearing ☐ Precept without a hearing ☐ Writ of Attachment
☐ Writ of Habeas Corpus ☐ Writ of Garnishment ☐ Writ of Sequestration ☐ Capias ☐ Other: _____

**1.**
Name: WALMART INC ~~Data post Dept~~

Registered Agent/By Serving: Intake Dept

Address 702 S.W. 8th St BentonvilleAR 72716

Service Type: (Check One) ☐ Private Process ☐ Sheriff ☐ Commissioner of Insurance ☐ SA Express News ☐ Hart Beat ☐ Courthouse Door
☑ Certified Mail ☐ Registered Mail ☐ Out of County ☐ Secretary of State ☐ Constable Pct __
(Pct. 3 serves process countywide)

**2.**
Name: _____

Registered Agent/By Serving: _____

Address _____

Service Type: (Check One) ☐ Private Process ☐ Sheriff ☐ Commissioner of Insurance ☐ SA Express News ☐ Hart Beat ☐ Courthouse Door
☐ Certified Mail ☐ Registered Mail ☐ Out of County ☐ Secretary of State ☐ Constable Pct __
(Pct. 3 serves process countywide)

**3.**
Name: _____

Registered Agent/By Serving: _____

Address _____

Service Type: (Check One) ☐ Private Process ☐ Sheriff ☐ Commissioner of Insurance ☐ SA Express News ☐ Hart Beat ☐ CourthouseDoor
☐ Certified Mail ☐ Registered Mail ☐ Out of County ☐ Secretary of State ☐ Constable Pct __
(Pct. 3 serves process countywide)

**4.**
Name: WALMART Inc 702 S.W.8 =st BentonvilLe AR 72716

Registered Agent/By Serving: _____

Address _____

Service Type: (Check One) ☐ Private Process ☐ Sheriff ☐ Commissioner of Insurance ☐ SA Express News ☐ Hart Beat ☐ Courthouse Door
☐ Certified Mail ☐ Registered Mail ☐ Out of County ☐ Secretary of State ☐ Constable Pct __
(Pct. 3 serves process countywide)

Title of Document/Pleading to be Attached to Process: _____

Name of Attorney/Pro se: Jimmie Holt     Bar Number: _____

Address: 6906 Encanto Point Dr     Phone Number: 210 380-3365
San Antonio Tex 78244                210 662-4049

Attorney for Plaintiff ____ Defendant ____ Other ____

**(****IF SERVICE IS NOT PICKED UP WITHIN 14 BUSINESS DAYS, SERVICE WILL BE DESTROYED****)**

DOCUMENT SCANNED AS FILED

CERTIFIED MAIL #70201290000216727594

Case Number: 2020-CI-22406          2020CI22406  S00001

JIMMIE HOLT

vs.                                    # Exhibit D

WALMART STORE INC

(Note: Attached document may contain additional litigants).          CITATION

IN THE DISTRICT COURT
57TH JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

**"THE STATE OF TEXAS"**

DIRECTED TO:     WALMART STORE INC
                 BY SERVING THE INTAKE DEPT


                 702 SW 8TH ST
                 BENTONVILLE AR 72716


"You have been sued. You may employ an attorney. If you or your attorney do not file a
written answer with the clerk  who issued this citation by 10:00 a.m. on the Monday next
following the expiration of twenty days after you were  served this CITATION and ORIGINAL
PETITION ,  a default judgment may be taken against you." Said  CITATION with ORIGINAL
PETITION   was filed on the 17th day of November, 2020.



ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 24TH  DAY OF November  A.D., 2020.


JIMMIE HOLT
ATTORNEY FOR PROPIA PERSONA
5906 ENCANTO POINT DR
SAN ANTONIO, TX 78244-2501



**Mary Angie Garcia**
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas  78205

By: *Laura Castillo*, Deputy

---

JIMMIE HOLT
vs
WALMART STORE INC

Officer's Return

Case Number: 2020-CI-22406
Court: 57th Judicial District Court


Came to hand on the 24th day of November 2020, A.D., at  1:32 o'clock P.M. and (EXECUTED)
(NOT EXECUTED) by CERTIFIED MAIL, on the ~~20th~~ day of November 20 ~~20~~ by
delivering to: *Keith Rusher*                    at 702 SW 8TH ST BENTONVILLE
AR 72716 a true copy of this Citation, upon which I endorsed that date of delivery,
together with the accompanying copy of the CITATION with ORIGINAL PETITION .

Cause of failure to execute this Citation is _____.



**FILED**
11 O'CLOCK 07 4 M

DEC 0 8 2020
MARY ANGIE GARCIA
District Clerk, Bexar County, Texas
BY _____ DEPUTY

**Mary Angie Garcia**
Clerk of the District Courts
of Bexar County, TX

By: *Laura Castillo*, Deputy

RETURN TO COURT (DK003)

DOCUMENT SCANNED AS FILED



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $        Postmark
☐ Certified Mail Restricted Delivery $         Here
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

NOV 25 2020

Postage

WALMART STORE INC
BY SERVING THE INTAKE DEPT
702 SW 8TH ST
BENTONVILLE, AR  72716

2020C122406  11/24/2020  CITCH  LAURA CASTILLO

7020 1290 0002 1672 7594

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

WALMART STORE INC
TRY SERVING THE INTAKE DEPT
702 SW 8TH ST
BENTONVILLE, AR  72716

3020CI22406   11/24/2020  CITCM  LAURA CASTILLO

9590 9402 5990 0062 2800 89

7020 1290 0002 1672 7594

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

NOV 3 0 2020

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

DOCUMENT SCANNED AS FILED



USPS TRACKING #

9590 9402 5990 0062 2600 89

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Mary Angie Garcia
Bexar County District Clerk
101 W. Nueva, Suite #217
San Antonio, Texas 78205

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

FILED
DISTRICT CLERK
BEXAR CO. TEXAS

2020 DEC -8 AM 11:07

DEPUTY

BY

FILED
12/21/2020 8:45 AM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Luis Herrera

# Exhibit E

NO.:2020-CI-22406

| | | |
|---|---|---|
| JIMMIE HOLT | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 57th JUDICIAL DISTRICT |
| | § | |
| WAL-MART STORE, INC. | § | OF BEXAR COUNTY, TEXAS |

## **DEFENDANT'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, WAL-MART STORE, INC., a Defendant in the above numbered and entitled cause of action, and files this Original Answer to Plaintiff's Original Petition and for support thereof would respectfully show unto the Court as follows:

I.

Defendant asserts denials, under Rule 92 of the Texas Rules of Civil Procedure, to each and every allegation contained in the said Petition, and demand strict proof thereof.

II.

Pleading further and without waiving the foregoing, Defendant specifically reserves the right to amend this Answer, as is their right under the Texas Rules of Civil Procedure.

PREMISES CONSIDERED, Defendant prays that Plaintiff take nothing by this lawsuit, and that Defendant be allowed to go hence without day and recover all of its costs and attorney's fees, and such other and further relief, both special and general, at law or in equity, to which they may show themselves justly entitled.

1

Respectfully submitted,

DAW & RAY, LLP

/s/  *Willie Ben Daw, III*
Willie Ben Daw, III; TBN:05594050
Email: wbdaw@dawray.com
James K. Floyd, TBN: 24047626
Email: jfloyd@dawray.com
Elizabeth W. Yancy, TBN: 24098642
Email: eyancy@dawray.com
14100 San Pedro Ave.
Suite 302
San Antonio, TX 78232
(210) 244-3121 Telephone
(201) 224-3188 Facsimile

**ATTORNEYS FOR DEFENDANT
WAL-MART STORE, INC.**

2

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the above and foregoing instrument has been served upon all known counsel of record by electronic service on this the 21st day of December, 2020.

Jimmie Holt, Pro Se
5906 Encanto Point Dr.
San Antonio, Texas 78244-2501
*Via CM/RRR 7017 2620 0000 1069 8014*

/s/  *Willie Ben Daw, III*
Willie Ben Daw, III

# Exhibit F

FILED
12/21/2020 8:52 AM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Lisa Morales

NO.:2020-CI-22406

| | | |
|---|---|---|
| JIMMIE HOLT | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 57th JUDICIAL DISTRICT |
| | § | |
| WAL-MART STORE, INC. | § | OF BEXAR COUNTY, TEXAS |

## DEFENDANT'S DEMAND FOR JURY TRIAL

COMES NOW, Defendant WAL-MART STORE, INC. and hereby demands a jury trial as is its right under Tex. Const. Art. I, § 15. Such demand for jury trial is hereby made more than 30 days before the date this case is set for trial in accordance with Tex. R. Civ. P. 216. Defendant tenders the jury fee contemporaneously with the filing of this jury demand which they may show themselves justly entitled.

Respectfully submitted,

DAW & RAY, LLP

/s/  *Willie Ben Daw, III*
Willie Ben Daw, III; TBN:05594050
Email: wbdaw@dawray.com
James K. Floyd, TBN: 24047626
Email: jfloyd@dawray.com
Elizabeth W. Yancy, TBN: 24098642
Email: eyancy@dawray.com
14100 San Pedro Ave.
Suite 302
San Antonio, TX 78232
(210) 244-3121 Telephone
(201) 224-3188 Facsimile

**ATTORNEYS FOR DEFENDANT**
**WAL-MART STORE, INC.**

1

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the above and foregoing instrument has been served upon all known counsel of record by electronic service on this the 21st day of December, 2020.

Jimmie Holt, Pro Se
5906 Encanto Point Dr.
San Antonio, Texas 78244-2501
*Via CM/RRR 7017 2620 0000 1069 8014*

/s/  *Willie Ben Daw, III*
Willie Ben Daw, III

# Exhibit G



## COUNTY CLERK & DISTRICT CLERK
### COURT RECORDS SEARCH

## Case #2020CI22406

**Name**: JIMMIE HOLT

**Date Filed** : 11/17/2020

**Case Status** : PENDING

**Litigant Type** : PROPIA PERSONA

**Court** : 057

**Docket Type** : OTHER CIVIL CASES

**Business Name** :

**Style** : JIMMIE HOLT

**Style (2)** : vs WALMART STORE INC

# Case History

*Currently viewing 1 through 6 of 00006 records*

| Sequence | Date Filed | Description |
|----------|------------|-------------|
| P00005 | 12/21/2020 | ORIGINAL ANSWER OF WAL-MART STORE INC |
| P00004 | 12/21/2020 | JURY DEMAND JURY FEE PAID |
| S00001 | 11/24/2020 | CITATION CERTIFIED MAIL WALMART STORE INC ISSUED: 11/24/2020 RECEIVED: 11/24/2020 EXECUTED: 11/30/2020 RETURNED: 12/8/2020 |
| P00003 | 11/17/2020 | REQUEST FOR SERVICE AND PROCESS |
| P00002 | 11/17/2020 | ACKNOWLEDGMENT OF PROPRIA PERSONA PARTY |
| P00001 | 11/17/2020 | PETITION |

# Exhibit H

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| JIMMIE HOLT | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.: 5-20-cv-1476 |
| | § | |
| WAL-MART STORES, INC. | § | JURY DEMANDED |

<u>**LIST OF COUNSEL OF RECORD**</u>

1.  Jimmie Holt
    5906 Encanto Point Drive
    San Antonio, Texas 78244-2501
    **PRO SE PLAINTIFF**


2.  Willie Ben Daw, III; TBN: 05594050
    Email: wbdaw@dawray.com
    James K. Floyd; TBN: 24047628
    Email: jfloyd@dawray.com
    Elizabeth W. Yancy; TBN: 24098642
    Email: eyancy@dawray.com
    Daw & Ray, LLP
    14100 San Pedro, Suite 302
    San Antonio, Texas 78232
    (210) 224-3121 Telephone
    (210) 224-3188 Facsimile
    **ATTORNEYS FOR DEFENDANT,
    WAL-MART STORE INC**