IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JIMMIE HOLT,<br>*Plaintiff*<br><br>-vs-<br><br>WAL-MART STORE, INC.,<br>*Defendant* | § § § § § § § § § | SA-20-CV-01476-XR |

**FINAL JUDGMENT**

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Plaintiff Jimmie Holt shall take nothing by his claims against Defendant Wal-Mart Store, Inc. Plaintiff's claims under the "Race Discrimination Act – 1975" and for assault are **DISMISSED WITH PREJUDICE**; Plaintiff's claim under the Age Discrimination Act of 1976 is **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

SIGNED this 19th day of January, 2022.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE